**Order entered November 21, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01398-CV

## IN RE JAIME COVARRUBIAS, Relator

**Original Proceeding from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F99-32080-QV**

## ORDER
Before Justices Bridges, Brown, and Boatright

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus for want of jurisdiction.

/s/      DAVID L. BRIDGES
JUSTICE